B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Manhattan 335 Tower, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>46-4779404 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>9322 Third Avenue, Suite 502<br>Brooklyn, NY<br>ZIP CODE 11209 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Kings | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
9333 Third Avenue, Suite 502, Brooklyn, NY
ZIP CODE 11209

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Manhattan 335 Tower Inc. |  |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |  |  |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |  |  |
|---|---|---|
| Name of Debtor:<br>Goldstone Management Corp. | Case Number:<br>14-71450-REG | Date Filed: |
| District:    Eastern District of New York | Relationship:<br>same member/shareholder | Judge:<br>Grossman |

<table>
<tr>
<td>
<b>Exhibit A</b><br>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐    Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b><br>
(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>
X _____<br>
    Signature of Attorney for Debtor(s)    (Date)
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                              Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Manhattan 335 Tower Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.
    Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the
    chapter of title 11 specified in this petition. A certified copy of the
    order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X /s/ Kevin J. Nash
    Signature of Attorney for Debtor(s)
    Kevin J. Nash
    Printed Name of Attorney for Debtor(s)
    Goldberg, Weprin, Finkel, Goldstein, L.L.P.
    Firm Name

    1501 Broadway, 22nd Floor
    New York, NY 10036
    Address
    (212) 221-5700
    Telephone Number
    11/03/2015
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Tim Ziss
    Signature of Authorized Individual
    Tim Ziss
    Printed Name of Authorized Individual
    Authorized Signatory
    Title of Authorized Individual
    11/03/2015
    Date

    _____
    Address

X _____
    Signature

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                    Chapter 11

Manhattan 335 Tower Inc..,                                Case No.

                              Debtor.
-----------------------------------------------------------------x

## CORPORATE RESOLUTIONS

At a special meeting of the Board of Directors of Manhattan 335 Tower Inc., (the

"Corporation"), duly held and convened on September 25, 2015, and upon the consent of

the shareholders of the Corporation, it is hereby:

> **RESOLVED**, it is in the best interests of the Corporation and all of its creditors, for the Corporation to file a petition for relief under Chapter 11 of the Bankruptcy Code; and it is further

> **RESOLVED**, that Tim Ziss as president is authorized to execute all necessary papers, applications, motions and other submissions to pursue a Chapter 11 filing on behalf of the Corporation and; it is further

> **RESOLVED**, that the Corporation is authorized to retain the law form of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP as counsel, for the purpose of representing the Corporation in the Chapter 11 case.

Dated: New York, NY
       November 3, 2015

                              Manhattan 335 Tower Inc.

                              By: _____
                                   Name: Tim Ziss
                                   Title:  President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

Manhattan 335 Tower, Inc.,                          Case No.

                              Debtor.
-------------------------------------------------------------x

### DEBTOR'S DECLARATION
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF KINGS          )

   Tim Ziss declares the following under penalties of perjury pursuant to 28 U.S.C. §

1746:

   1.  I am the Manager of 325 N. Broadway LLC ("325 N. Broadway"), the

preferred shareholder of Manhattan 335 Tower, Inc., ("the Debtor") with complete management

authority over the Debtor's affairs. I acquired my interest in the Debtor in August 2015. I

respectfully submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in

support of the Debtor's Chapter 11 filing.

   2.  The purpose of this Declaration is to provide information regarding the

circumstances prompting the Chapter 11 filing, the Debtor's assets and capital structure, and the

Debtor's strategy for reorganization.

### Salient Events Leading to the Chapter 11 Filing

   3.  I regularly deal in distressed properties. Over the years, I, along with 325

N. Broadway, have commenced various other Chapter 11 cases before this Court to successfully

reorganize troubled assets. Indeed, this Chapter 11 case is being filed as a related proceeding to

In re Goldstone Management Corp., (14-7145-REG), which itself was filed as a related case to In re BMT Holdings – Lynbrook LLC, et al., (12-71686-REG).

4.    Recently, my company 325 N. Broadway acquired certain preferred stock and full management control of the Debtor in anticipation of launching this Chapter 11 case. The overriding aim of the Chapter 11 is to attempt to preserve residual rights under a certain contract to purchase the real property located at 335 West 35th Street, New York, NY (Block 759, Lots 18) (the "Property").

5.    The Property is owned by Three 35 W LLC (the "Seller"), which entered into a Purchase and Sale Agreement dated February 11, 2014, as amended (the "Contract") to sell the Property to the Debtor for a total purchase price of $43,050,000, including total deposits of $11,175,000.

6.    In recent weeks, Debtor was denied relief in the state court relating to efforts to challenge Seller's prior termination of the Contract based upon Debtor's failure to close on July 11, 2014.

7.    More particularly, after Seller gave notice of a purported time of the essence closing for July 11, 2014, Debtor advised Seller that its title company was not prepared to issue a title policy by reason of certain exceptions that had not been cleared.

8.    On August 6, 2014, Debtor commenced an action for specific performance and other relief against Seller in the Supreme Court, New York County (Index No. 157758/2014).

9.    By decision dated October 5, 2015, the state court dismissed three of Debtor's four causes of action, but denied summary judgment on the fourth cause of action

seeking a determination that it would be unconscionable for Seller to retain the entire $11,175,000 deposit as liquidated damages.

10.    On October 30, 2015, the Debtor filed a notice of appeal of the state court decision.

11.    In connection with my review of the Property, I became aware that Seller allegedly misrepresented certain information in its filings with the Department of Buildings to obtain permits to convert the Property to a 12-story mixed-use residential building. More particularly, the Property is situated in the Special Garment Center District which allows buildings that were used for commercial purposes to be converted to residential apartments provided the particular building is less than 70,000 square feet after adjustments. The Property at issue is approximately 80,000 square feet. To attempt to bring it under the 70,000 square feet threshold, the Seller apparently misrepresented allowed adjustments to reduce the size of the building by fabricating phantom boiler rooms that did not exist. The approvals and permit are now under investigation by the Department of Buildings which has issued an Audit Notice to Revoke, as referenced on the New York City Department of Buildings website attached hereto as Exhibit "A".

12.    A revocation of the Building Permit negates the validity of the existing Certificate of Occupancy as a mixed-use residential building, and would render the Contract unenforceable and tainted by fraud and misrepresentation. The purchase price was based on a lawful residential use. Without a proper conversion to residential use, the value of the Property is greatly diminished.

13.    Misrepresentations surrounding the issuance of the Building Permit potentially constitute new evidence which will be presented in connection with a motion for

renewal. The Debtor intends to couple this Chapter 11 case with the filing of a notice to remove the pending state court litigation to the Bankruptcy Court for all further proceedings relating to the Seller's alleged misrepresentations regarding the permit.

14.    In the interim, the Chapter 11 is necessary to preserve the status quo. There is a legitimate bankruptcy purpose served by the Chapter 11 filing since the Debtor borrowed significant sums from purported investors in the Asian community to establish the contract deposits. As a result, the Debtor has a numbers of potential creditors whose claims will be forfeited without the intervention of the Bankruptcy Court.

## Debtor's Business

15.    The Debtor is a New York corporation organized contemporaneously with execution of the Contract in February 2014.

16.    The Debtor's principal assets consist of its residual rights under the Contract. A full set of Bankruptcy Schedules is being filed simultaneously herewith (the "Schedules").

## The Reorganization Strategy

17.    Debtor's overall reorganization strategy is to utilize the Chapter 11 proceeding to best address misrepresentations concerning the issuance of the Building Permit. If the Debtor is successful in its motion for reconsideration, it can purchase the Property with an abatement in the purchase price, or recoup the deposit and pay creditors under a Chapter 11 plan.

## Local Rule 1007 Disclosures

18.    Pursuant to Local Rule 1007-4(a)(iii-iv), no committees were formed prior to the filing of the Debtor's Petition.

19.     Pursuant to Local Rule 1007-4(a)(v), a list of the names and addresses of the creditors holding the 20 largest unsecured claims the Debtor is attached to the Petition.

20.     Pursuant to Local Rule 1007-4(a)(vii), a summary of the Debtor's assets and liabilities is set forth in the Schedules.

21.     Pursuant to Local Rule 1007-4(a)(viii), a list of the equity holders is attached hereto.

22.     Pursuant to Local Rule 1007-4(a)(ix), none of the Debtor's properties or assets are in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

23.     Pursuant to Local Rule 1007-4(a)(x), the Debtor's interest in the Property is reflected in the Schedules.

24.     Pursuant to Local Rule 1007-4(a)(xi), the Debtor's assets are located in Manhattan.

25.     Pursuant to Local Rule 1007-4(a)(xii), a list of all pending lawsuits is attached hereto.

26.     Pursuant to Local Rule 1007-4(a)(xiii), I am the current president of the Debtor, but will not draw any salary during the Chapter 11 case.

Dated: New York, NY
      November, __ 2015

                        Manhattan 335 Tower Inc.

                  By:
                        Name: Tim Ziss
                        Title:    President

x:\gwfg\new data\yen\word\manhattan 335 tower inc\local rule affidavit 11-03-15 v5.doc

5

BIS Menu | Property Profile | Applications | Application Data | Back      FAQs | Glossary

DOB Logo - Link to Homepage      NYC.gov Logo - Link to Homepage

## NYC Department of Buildings

Application Details

JUMP TO: [ Doc 1 ▾ ] [ Go ]

Premises: 335 WEST 35 STREET MANHATTAN      Job No: 121507208
BIN: 1013566   Block: 759   Lot: 18      Document: 01 OF 3

Job Type: A1 - ALTERATION TYPE 1

| Document Overview | Items Required | Virtual Job Folder | All Permits | Schedule A | Schedule B |
|---|---|---|---|---|---|
| Fees Paid | Forms Received | | All Comments | C/O Summary | Plumbing Inspections |
| Crane Information | Plan Examination | | | C/O Preview | |
| After Hours Variance Permits | | | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

---

## AUDIT: NOTICE TO REVOKE 10/19/2015

Last Action: PERMIT ISSUED - ENTIRE JOB/WORK 10/14/2015 (R)

Application approved on: 07/24/2013

| | | | | | |
|---|---|---|---|---|---|
| Pre-Filed: | 01/25/2013 | Building Type: | Other | Estimated Total Cost: | $3,020,240.00 |
| Date Filed: | 01/25/2013 | | | Electronically Filed: | Yes |
| Fee Structure: | STANDARD | | | | |

Review is requested under Building Code: Prior-to-1968

Job Description    Comments

### 1 Location Information (Filed At)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| House No(s): | 335 | Street Name: WEST 35TH STREET | | | | | | |
| Borough: | Manhattan | Block: | 759 | Lot: | 18 | BIN: 1013566 | CB No: | 104 |
| Work on Floor(s): | CEL,RO 001 thru 012 | | | Apt/Condo No(s): | | | Zip Code: | 10001 |

### 2 Applicant of Record Information

| | |
|---|---|
| Name: | RAMY ISSAC |
| Business Name: | ISSAC AND STERN ARCHITECTS, PC   Business Phone:   212-268-5600 |
| Business Address: | 25 WEST 31ST STREET NEW YROK NY 10001   Business Fax: |

| | | |
|---|---|---|
| E-Mail: | INFO@ISSACSTERN.COM | Mobile Telephone: |
| | | License Number:    018258 |

Applicant Type:    ☐ P.E.   ☐ R.A   ☐ Sign Hanger   ☐ R.L.A.   ☐ Other

Directive 14 Applicant
Not Applicable
Previous Applicant of Record

| | | | |
|---|---|---|---|
| Name: | RAMY ISSAC | | |
| Business Name: | ISSAC AND STERN ARCHITECTS, PC | Business Phone: | 212-268-5600 |
| Business Address: | 25 WEST 31ST STREET 9TH FLOOR NEW YROK NY 10001 | Business Fax: | |
| E-Mail: | INFO@ISSACSTERN.COM | Mobile Telephone: | |
| Applicant Type: | RA | License Number: | 018258 |

## 3 Filing Representative

| | | | |
|---|---|---|---|
| Name: | JOS/MIK/SAR/BRA GOL/VEN/ASL/PAO | | |
| Business Name: | JM ZONING | Business Phone: | 212-964-4464 |
| Business Address: | 299 BROADWAY NEW YORK NY 10007 | Business Fax: | |
| E-Mail: | JOEY@JMZONING.COM | Mobile Telephone: | |
| | | Registration Number: | |

## 4 Filing Status

Click Here to View

## 5 Job Types

☐ Alteration Type 1
☐ Alteration Type 1, OT "No Work"      ☐ New Building
☐ Alteration Type 2      ☐ Full Demolition
☐ Alteration Type 3      ☐ Subdivision: Improved
☐ Sign      ☐ Subdivision: Condo

**Directive 14 acceptance requested?**    ☐ Yes    ☐   No

## 6 Work Types

☐ BL - Boiler      ☐ FA - Fire Alarm      ☐ FB - Fuel Burning ☐ FS - Fuel Storage
☐ FP - Fire Suppression ☐ MH - Mechanical      ☐ PL - Plumbing    ☐ SD - Standpipe
☐ SP - Sprinkler      ☐ EQ - Construction Equipment ☐ CC - Curb Cut
☐ **OT -** GEN. CONSTR.

## 7 Plans/Construction Documents Submitted

**Plans Page Count:** 39

## 8 Additional Information

Enlargement proposed?

☐ No ☐ Yes ☐ Horizontal ☐ Vertical

9 Additional Considerations, Limitations or Restrictions

Yes No

☐ ☐ Alt. required to meet New Building req's (28-101.4.5)

Yes No

☐ ☐ Alteration is a major change to exits
☐ ☐ Change in number of dwelling units
☐ ☐ Change in Occupancy / Use
☐ ☐ Change is inconsistent with current certificate of occupancy
☐ ☐ Change in number of stories

☐ ☐ Facade Alteration
☐ ☐ Adult Establishment
☐ ☐ Compensated Development (Inclusionary Housing)
☐ ☐ Low Income Housing (Inclusionary Housing)
☐ ☐ Single Room Occupancy (SRO) Multiple Dwelling
☐ ☐ Filing includes Lot Merger / Reapportionment

☐ ☐ Infill Zoning
☐ ☐ Loft Board
☐ ☐ Quality Housing
☐ ☐ Site Safety Job / Project
☐ ☐ Included in LMCCC

Work Includes:
☐ ☐ Prefab wood I-joists
☐ ☐ Structural cold-formed steel
☐ ☐ Open-web steel joists

☐ ☐ Landmark
☐ ☐ Environmental Restrictions (Little E or RD)
☐ ☐ Unmapped/CCO Street
☐ ☐ Legalization
☐ ☐ **Other, Specify:**
☐ ☐ Filed to Comply with Local Law
☐ ☐ Restrictive Declaration / Easement
☐ ☐ Zoning Exhibit Record (I,II,III,etc)
☐ ☐ Filed to Address Violation(s)

☐ ☐ Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]
☐ ☐ Work includes modular construction under New York State jurisdiction
☐ ☐ Work includes modular construction under New York City jurisdiction
☐ ☐ Structural peer review required per BC §1627   **Peer Reviewer License No.(P.E.):**
☐ ☐ Work includes permanent removal of standpipe, sprinkler or fire suppression related systems
☐ ☐ Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building
☐ ☐ Structural Stability affected by proposed work

BSA Calendar No.(s):
CPC Calendar No.(s):

## 10 NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

To the best of my knowledge, belief and professional judgment, this application is in compliance with the NYCECC.

🔲 **Energy analysis is on another job number:**

Yes No

🔲    🔲 This application is, or is part of, a project that utilizes trade-offs among different major systems

🔲    🔲 This application utilizes trade-offs within a single major system

## 11 Job Description

CONVERT EXISTING 12 STORY COMMERCIAL BUILDING TO A MIXED USE BUILDING. RETAIL ON THE GROUND FLOOR, RESIDENTIAL ON FLOORS TWO THROUGH TWELVE. NEW CERTIFICATE OF OCCUPANCY WILL BE OBTAINED.

**Related BIS Job Numbers:**

**Primary application Job Number:**

## 12 Zoning Characteristics

**District(s):** C6-4M - GENERAL CENTRAL COMMERCIAL DISTRICT

**Overlay(s):**

**Special District(s):** GC - GARMENT CENTER

**Map No.:** 08d        **Street legal width (ft.):** 60     Street status: 🔲 Public    🔲 Private

**Zoning lot includes the following tax lots:** Not Provided

| Proposed: Use | Zoning Area (sq.ft.) | District | FAR |
|---|---|---|---|
| RESIDENTIAL | 62,671 | C6-4M | 8.46 |
| COMMERCIAL | 5,814 | C6-4M | 0.78 |
| **Proposed Totals:** | 68,485 | -- | 9.24 |
| **Existing Total:** | 69,911 | -- | -- |

**Proposed Lot Details:**  Lot Type:  🔲 Corner  🔲 Interior  🔲 Through

Lot Coverage (%): 99      Lot Area (sq.ft.): 7,406    Lot Width (ft.): 75

**Proposed Yard Details:** 🔲 No Yards  **Or**

Front Yard (ft.):     Rear Yard (ft.):    Rear Yard Equivalent (ft.):
Side Yard 1 (ft.):    Side Yard 2 (ft.):

**Proposed Other Details:**   Perimeter Wall Height (ft.): 86

Enclosed Parking?  🔲 Yes  🔲 No    No. of parking spaces:

## 13 Building Characteristics

| | | 2014/2008 Code Designations? |
|---|---|---|
| Occupancy Classification: Existing: | F-2 - FACTORY/INDUSTRIAL: LOW HAZARD | 🔲 Yes 🔲 No |
| Proposed: | R-2 - RESIDENTIAL: APARTMENT HOUSES | 🔲 Yes 🔲 No |
| | | 🔲 Yes 🔲 |

Construction Classification: Existing:       1: FIREPROOF STRUCTURES                       **No**

Proposed:                                    1: FIREPROOF STRUCTURES          ☐ **Yes** ☐
                                                                                      **No**

Multiple Dwelling Classification:
Existing:

Proposed:                                    CAA

Building Height (ft.): Existing:             143

Proposed:                                    143

Building Stories: Existing:                  12

Proposed:                                    12

Dwelling Units: Existing:                    85

Proposed:                                    11

Building was originally erected pursuant to which Building Code:    ☐ **2014** ☐ **2008** ☐ **1968** ☐ **Prior to 1968**

Building will fully comply with which Code with this Certificate of Occupancy:    ☐ **2014** ☐ **2008** ☐ **1968** ☐ **Prior to 1968**

Mixed use building?                          ☐ **Yes**      ☐ **No**

## 14 Fill

☐ Not Applicable     ☐ Off-Site     ☐ On-Site     ☐ Under 300 cubic yards

## 15 Construction Equipment

☐ Chute                      ☐ Sidewalk Shed      **Construction Material:** PLYWOOD

☐ Fence                      **Size:** linear ft.   **BSA/MEA Approval No.:**

☐ Supported Scaffold         ☐ **Other**

## 16 Curb Cut Description

Not Applicable

## 17 Tax Lot Characteristics

Not Provided

## 18 Fire Protection Equipment

|  | Existing | | Proposed | |  | Existing | | Proposed | |
|---|---|---|---|---|---|---|---|---|---|
|  | Yes | No | Yes | No |  | Yes | No | Yes | No |
| Fire Alarm | ☐ | ☐ | ☐ | ☐ | Sprinkler | ☐ | ☐ | ☐ | ☐ |
| Fire Suppression | ☐ | ☐ | ☐ | ☐ | Standpipe | ☐ | ☐ | ☐ | ☐ |

## 19 Open Spaces

Not Provided

## 20 Site Characteristics

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☐ | ☐ | Tidal Wetlands | ☐ | ☐ | Freshwater Wetlands |
| ☐ | ☐ | Coastal Erosion Hazard Area | ☐ | ☐ | Urban Renewal |
| ☐ | ☐ | Fire District | ☐ | ☐ | Flood Hazard Area |

Flood Hazard Area Information:

    Yes No

    ☐    ☐    Substantial improvement?

    ☐    ☐    Substantially damaged?

    ☐    ☐    Floodshields part of proposed work?

21   Demolition Details

    Not Applicable

22   Asbestos Abatement Compliance

    ☐    The scope of work does not require related asbestos abatement as defined in the regulations of the NYC DEP.

       DEP ACP-5 Control No.:

23   Signs

    Not Applicable

24   Comments

25   Applicant's Statements and Signatures    ( See paper form or check **Forms Received** )

    Yes No

    ☐    ☐    For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?

    ☐    ☐    Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.

26   Owner's Information

| | |
|---|---|
| Name: | ELLIOT NEUMANN |
| Relationship to Owner: | AVP |

| | | | |
|---|---|---|---|
| Business Name: | 335 WEST 35TH OWNER LLC C/O ACUI | Business Phone: | 212-727-7495 |
| Business Address: | 42 WEST 18TH STREET 4TH FLOOR NEW YORK NY 10011 | Business Fax: | |
| E-Mail: | ENEUMANN@ACUITYCP.COM | Owner Type: | PARTNERSHIP |
| Non Profit: | ☐ Yes   ☐ No | | |

    Yes No

    ☐    ☐    Owner's Certification Regarding Occupied Housing (Remain Occupied)

    ☐    ☐    Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)

    ☐    ☐    Owner DHCR Notification

    ☐    ☐    Owner's Certification for Adult Establishment

    ☐    ☐    Owner's Certification for Directive 14 (if applicable)

    Metes and Bounds

    To view metes and bounds, see the Plot Diagram (form PD-1). A scanned image may be available <u>here</u>.

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

<u>BIS Menu</u> | <u>Property Profile</u> | <u>Applications</u> | Application Data | <u>Back</u>

**Privacy Policy** | **Terms of Use**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                              Chapter 11

Manhattan 335 Tower Inc.,                           Case No.

                            Debtor.

----------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**

325 N Broadway LLC – Preferred Shareholder
Bo Jin Zhu  -  Common Shareholder

Dated: New York, NY
       November 3, 2015

                          Manhattan 335 Tower Inc.

                          By:

                             Name: Tim Ziss
                             Title:  President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                            Chapter 11

Manhattan 335 Tower, Inc.,                        Case No.

                         Debtor.

-----------------------------------------------------------x

## SCHEDULE OF PENDING LAWSUITS

1.    Manhattan 335 Tower Inc. vs Three 35 W LLC
      Contract Action
      Index No. 157758/2014

      Attorneys for Three 35 W LLC:

      Carter Ledyard & Milburn LLP
      2 Wall Street
      New York, NY 10005

      Notice of Appeal filed on October 30, 2015

Dated: New York, NY
       November 3, 2015

                              Manhattan 335 Tower Inc.


                         By:  _____

                              Name: Tim Ziss
                              Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                    Chapter 11

Manhattan 335 Tower Inc.,              Case No.

                        Debtor.
----------------------------------------------------------x

## **RULE 7.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Manhattan 335 Tower Inc., the Debtor herein, certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, NY
       November 3, 2015

                          Manhattan 335 Tower Inc.

                          By:_____
                              Name: Tim Ziss
                              Title:   President

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern    District Of  New York

In re Manhattan 335 Tower Inc. ,           Case No._____
              Debtor

                              Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chu Jiang/Hua Dong Ye Hui Hua Realty LLC 1515 Jamison Dr, Allen TX 75013 (972) 757 5869 | | | Unliquidated | $500,000.00 |
| Xiao M Lu c/o Jeffrey Sharkey, Esq. 2564 Aster Place South Westbury, NY 11590 | | | Unliquidated | $440,000.00 |
| Yang Gui 1712 Flushing Ave Ridgewood NY 11385 (917) 831 9093 | | | Unliquidated | $250,000.00 |
| Hiu Chen 52-11 Vanloon St, apt 4, Elmhurst NY 11373 | | | Unliquidated | $230,000.00 |
| Yu Tung 4526 Westerhall Dr Fayetteville NC 28314 (910) 849-9401 | | | Unliquidated | $200,000.00 |
| Liangshun Lin 1363 63rd St, 3rd floor Brooklyn, NY 11219 | | | Unliquidated | $200,000.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Liang Chen<br>51 White Oak Bluff<br>Savannah GA 31405<br>(912) 313-5020 | | | Unliquidated | $198,500.00 |
| Hong Kong Kari<br>52-11 Vanloon St, apt 4F<br>Elmhurst NY 11373 | | | Unliquidated | $180,000.00 |
| Tai Lan Cheng<br>c/o Jeffrey Sharkey, Esq.<br>2564 Aster Place South<br>Westbury, NY 11590 | | | Unliquidated | $162,000.00 |
| Qui Jin Chen<br>37 Catherine St, apt 4C<br>NY NY 10038<br>(917) 923-8611 | | | Unliquidated | $150,625.00 |
| Qiong Lin<br>120 Russells Way<br>Westford MA 01886<br>(917) 302-8182 | | | Unliquidated | $150,000.00 |
| Peng Peng Loke<br>307 Wiltshire Rd<br>Upper Darby, PA 19082<br>(267) 879-2978 | | | Unliquidated | $150,000.00 |
| Sheng Yang<br>30-48 Edgewood Dr<br>Milledgeville GA 31061 | | | Unliquidated | $130,000.00 |
| Shu Xin Chen<br>23 Caldwell Dr.,<br>Westford MA 01886<br>(646) 467-2046 | | | Unliquidated | $100,000.00 |
| Jian Yun Ye<br>328 Buckeye Dr<br>Raeford NC 28376<br>(910) 922-5922 | | | Unliquidated | $100,000.00 |
| Zhong Lin<br>8902 19 Ave, 2 fl,<br>Bklyn NY 11214<br>(917) 325-1788 | | | Unliquidated | $100,000.00 |
| Sheren Cheng<br>30 Monroe St, #AB2<br>NY, NY 10002<br>(646) 263-5913 | | | Unliquidated | $ 92,000.00 |
| Zhenmei Zhuo<br>446 Ferry St<br>Everett, MA 02149<br>(718) 795-7383 | | | Unliquidated | $ 90,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Hiu Ying Giuo<br>52-11 Vanloon St, apt 4<br>Elmhurt NY 11373 | | | Unliquidated | $ 62,000.00 |
| Yuxiang Qiu<br>446 Ferry St<br>Everett, MA 02149<br>(718) 795-7383 | | | Unliquidated | $ 60,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

November 3, 2015

Date: _____

Signature:  /s/ Tim Ziss

Tim Ziss, Authorized Signatory

_____
Name and Title

B6A (Official Form 6A) (12/07)

In re  Manhattan 335 Tower Inc.                    ,            Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Contract to purchase the property located at 335 West 35 Street, New York NY Value to be determined | | | | |
| | | Total▶ | | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Manhattan 335 Tower Inc. _____ ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cathay Bank 9650 Flair Dr. El Monte, CA 91731 Business checking acct. ******0181 | | 1,112,339.12 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Manhattan 335 Tower Inc._____ ,          Case No. _____
            Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claims for breach of contract, misrepresentation, fraud and return of deposit relating to puchase of property at 335 West 35th Street, New York, NY | | TBD |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Manhattan 335 Tower Inc._____,        Case No. _____
         Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____0___ continuation sheets attached    Total►   $        1,112,339.12

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Manhattan 335 Tower Inc.                    ,          Case No. _____
                              **Debtor**                                                  **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ | $ |
| | | | Total ► (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re ___Manhattan 335 Tower Inc._____,          Case No._____
                    *Debtor*                                                                      *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_____

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re  Manhattan 335 Tower Inc. _____ ,     Case No._____
                    *Debtor*                                        *(if known)*


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_1_  continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re  Manhattan 335 Tower Inc.                    ,        Case No. _____
                    *Debtor*                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA <br> 19101-7346 | | | Notice Purposes | | x | x | | | |
| Account No. <br><br> NYC Dept of Finance <br> 345 Adams St, 3rd Floor <br> New York, NY 11201 | | | Notice Purposes | | x | x | | | |
| Account No. <br><br> NYS Dept of Taxation <br> Bankrptcy/Spec Prodedure <br> PO Box 5300 <br> Albany, NY   12205-0300 | | | Notice Purposes | | x | x | | | |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals►
(Totals of this page)                    $ 0.00     $ 0.00            0.00

Total►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                    $ 0.00

Totals►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $ 0.00     $ 0.00

B 6F (Official Form 6F) (12/07)

In re _Manhattan 335 Tower Inc._____,          Case No. _____
               Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..    All claims are subject to verification of loans and amounts.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chu Jiang/Hua Dong Ye Hui Hua Realty LLC 1515 Jamison Dr, Allen TX 75013 | | | | | X | | 500,000.00 |
| ACCOUNT NO. | | | | | | | |
| Xiao M Lu c/o Jeffrey Sharkey, Esq. 2564 Aster Place South Westbury, NY 11590 | | | | | X | | 440,000.00 |
| ACCOUNT NO. | | | | | | | |
| Yang Gui d/b/a Topgrade Products, Inc. 1712 Flushing Ave Ridgewood NY 11385 | | | | | X | | 250,000.00 |
| ACCOUNT NO. | | | | | | | |
| Hiu Chen 52-11 Vanloon St, apt 4, Elmhurst NY 11373 | | | | | X | | 230,000.00 |
| | | | | | | Subtotal➤ | $ 1,420,000.00 |

_9_ continuation sheets attached

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Manhattan 335 Tower Inc._____,          Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Yu Tung <br> 4526 Westerhall Dr <br> Fayetteville NC 28314 | | | | | x | | 200,000.00 |
| ACCOUNT NO. <br><br> Liangshun Lin <br> 1363 63rd St, 3rd floor <br> Brooklyn, NY 11219 | | | | | x | | 200,000.00 |
| ACCOUNT NO. <br><br> Liang Chen <br> 51 White Oak Bluff <br> Savannah GA 31405 | | | | | x | | 198,500.00 |
| ACCOUNT NO. <br><br> Hong Kong Kari <br> 52-11 Vanloon St, apt 4F <br> Elmhurst NY 11373 | | | | | x | | 180,000.00 |
| ACCOUNT NO. <br><br> Tai Lan Cheng <br> c/o Jeffrey Sharkey, Esq. <br> 2564 Aster Place South <br> Westbury, NY 11590 | | | | | x | | 162,000.00 |

Sheet no. __1__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 940,500.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Manhattan 335 Tower Inc                     ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Qui Jin Chen 37 Catherine St, apt 4C NY NY 10038 | | | | | x | | 150,625.00 |
| ACCOUNT NO. Qiong Lin 120 Russells Way Westford MA 01886 | | | | | x | | 150,000.00 |
| ACCOUNT NO. Peng Peng Loke 307 Wiltshire Rd Upper Darby, PA 19082 | | | | | x | | 150,000.00 |
| ACCOUNT NO. Sheng Yang 30-48 Edgewood Dr Milledgeville GA 31061 | | | | | x | | 130,000.00 |
| ACCOUNT NO. Shu Xin Chen 23 Caldwell Dr., Westford MA 01886 | | | | | x | | 100,000.00 |

Sheet no.__2__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   | $ 680,625.00 |

Total➤   | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Manhattan 335 Tower Inc_____,          Case No. _____
                 **Debtor**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jian Yun Ye<br>328 Buckeye Dr<br>Raeford NC 28376 | | | | | x | | 100,000.00 |
| ACCOUNT NO.<br><br>Zhong Lin<br>8902 19 Ave, 2 fl,<br>Bklyn NY 11214 | | | | | x | | 100,000.00 |
| ACCOUNT NO.<br><br>Sheren Cheng<br>30 Monroe St, #AB2<br>NY, NY 10002 | | | | | x | | 92,000.00 |
| ACCOUNT NO.<br><br>Zhenmei Zhuo<br>446 Ferry St<br>Everett, MA 02149 | | | | | x | | 90,000.00 |
| ACCOUNT NO.<br><br>Hiu Ying Giuo<br>52-11 Vanloon St, apt 4<br>Elmhurt NY 11373 | | | | | x | | 62,000.00 |

Sheet no.__3__ of__9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                              Subtotal➤  $
                                                                  444,000.00

                                                      Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Manhattan 335 Tower Inc_____,    Case No. _____
                        **Debtor**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Yuxiang Qiu <br> 446 Ferry St      Disputed <br> Everett, MA 02149 | | | | | X | | 60,000.00 |
| ACCOUNT NO. <br><br> Meirong Xiao <br> 45 Plymouth Ct, <br> Pittsboro, NC 27312 | | | | | X | | 50,000.00 |
| ACCOUNT NO. <br><br> Bo Guo <br> c/o Jeffrey Sharkey, Esq. <br> 2564 Astor Place South <br> Westbury, NY 11590 | | | | | X | | 50,000.00 |
| ACCOUNT NO. <br><br> Yi Sheng Ren <br> 304 Wabash Woods Way <br> Ofallon MO 63366 | | | | | X | | 50,000.00 |
| ACCOUNT NO. <br><br> Yin Wai Lee <br> 50 Henry St, apt 5B, <br> NYC NY 10002 | | | | | X | | 38,000.00 |

Sheet no. __4__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 248,000.00

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Manhattan 335 Tower Inc                     ,          Case No. _____
                 **Debtor**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Yu Chen 14 Monroe St, Apt 1D4 New York, NY 10002 | | | | | x | | 15,000.00 |
| ACCOUNT NO.  Xiu Xia Huang C/o 629 Mclean Really Corp 101 Hyatt Place Yonkers, NY 10704 | | | | | x | | 10,000.00 |
| ACCOUNT NO.  Hua Ying Chen 50 Henry St, apt 5B NYC NY 10002 | | | amount unknown | | | x | |
| ACCOUNT NO.  Gongyang Ni 1747 Mahan Ave Bronx NY 10461 | | | amount unknown | | | x | |
| ACCOUNT NO.  Jianjin Chen 4311 Sansom St Philadelphia PA 19104 | | | amount unknown | | | x | |

Sheet no. __5__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 25,000.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Manhattan 335 Tower Inc_____ ,          Case No. _____
                    **Debtor**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sang Cheung Lee<br>54 E B'dway, Apt #1, 3rd Fl<br>NY NY 10002 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Hau Ying Lee<br>24 Gladstone Rd<br>New Rochelle NY 10804 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Qiao Zhen Huang<br>2035 Washington Ave<br>Philadelphia PA 19146 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>ShiGui Chen<br>371 Prospect Ave<br>Hartford CT 06105 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Qiaolin Chen<br>488 Prospect Ave<br>Hartford CT 06105 | | | amount unknown | | | x | |

Sheet no. __6__ of __9__ continuation sheets attached          Subtotal➤     | $
to Schedule of Creditors Holding Unsecured                                                          0.00
Nonpriority Claims

                                                                                          Total➤     | $
                                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Manhattan 335 Tower Inc                    ,          Case No. _____
                        **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Winni Huang <br> 229S 44th St <br> Philadelphia PA 19104 | | | amount unknown | | | x | |
| ACCOUNT NO. <br><br> Cui Ying Chen <br> 2020S 7th St <br> Philadelphia PA 19148 | | | amount unknown | | | x | |
| ACCOUNT NO. <br><br> Xiumin Chen <br> 136 Bowery #502 <br> NY NY 10013 | | | amount unknown | | | x | |
| ACCOUNT NO. <br><br> Shou S Zheng <br> 136 Bowery #616 <br> NY NY 10013 | | | amount unknown | | | x | |
| ACCOUNT NO. <br><br> Tu Tung <br> 4526 Westerhall Dr <br> Fayetteville NC 28314 2573 | | | amount unknown | | | x | |

Sheet no. __7__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $         0.00

Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Manhattan 335 Tower Inc_____ ,        Case No. _____
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jin Hong<br>182 Village Rd<br>Manhasset NY 11030 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Liao Lu<br>642 Hidden Falls Lane<br>Chesapeake VA 23320 3531 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Yan C Zhou<br>877 Bay Ridge Ave, Apt 4A<br>Brooklyn NY 11220 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Hui Y Zhou<br>742 57th St<br>Brooklyn NY 11220 | | | amount unknown | | | x | |
| ACCOUNT NO.<br><br>Jeffrey Sharkey, Esq<br>2564 Aster Place South<br>Westbury, NY 11590 | | | amount unknown | | | x | |

Sheet no. __8__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 0.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Herrick, Feinstein, LLP<br>2 Park Avenue<br>New York, NY 10016 | | | amount unknown | | | X | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. __9__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal➤ | $ 0.00 |
|---|---|---|
| | Total➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,758,125.00 |

B 6G (Official Form 6G) (12/07)

In re **Manhattan 335 Tower Inc.** ,          Case No._____
          **Debtor**                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Three 35 W LLC c/o Alan S. Lewis, Esq. Carter Ledyard & Millburn LLP 2 Wall Street New York, NY 10005 | Contract of Sale between Three 35 W LLC and Manhattan 335 Tower Inc for the purchase of property at 335 West 35th Street, NY |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re __Manhattan 335 Tower Inc._____ ,        Case No. _____
                **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Manhattan 335 Tower Inc              ,          Case No. _____
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____
                                                                                    Debtor

Date _____          Signature _____
                                                                          (Joint Debtor, if any)

                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  Authorized Signatory          [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Manhattan 335 Tower Inc.          [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____
                                                                          Tim Ziss
                                                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): Manhattan 335 Tower Inc.                                    CASE NO.: _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 14-71450          JUDGE: Grossman          DISTRICT/DIVISION: Eastern District of NY

CASE STILL PENDING: (YES/NO): Yes    [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: pending
      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): same member/shareholder

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

2. CASE NO.: 12-71686          JUDGE: Grossman          DISTRICT/DIVISION: Eastern District of NY

CASE STILL PENDING: (YES/NO): No    [If closed] Date of closing: Jan 2, 2014

CURRENT STATUS OF RELATED CASE: closed
      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): Same Member/shareholder

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

# [OVER]

## DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____   JUDGE: _____   DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____   *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASES: _____

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days
may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any
time, except as indicated elsewhere on this form.


_____            _____
Signature of Debtor's Attorney                       Signature of Pro-se Debtor/Petitioner

                                                     9322 Third Avenue
                                                     Mailing Address of Debtor/Petitioner

                                                     Brooklyn, NY 11209
                                                     City, State, Zip Code

                                                     timziss@alliedpropertiesllc.net
                                                     Email Address

                                                     718 745 8100
                                                     Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment
of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may
otherwise result.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**In Re:**

    Manhattan 335 Tower Inc.

                                            **Case No.**

                                            **Chapter** 11

                    **Debtor(s)**

------------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 11\ 3\ 2015

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

Cui Ying Chen
2020S 7th Street
Philadelphia, PA 19148

Hiu Chen
52-11 Vanloon Street, apt # 4
Elmhurst, NY 11373

Hua Ying Chen
50 Henry Street, apt 5B
New York, NY 10002

Jianjin Chen
4311 Sansom Street
Philadelphia, PA 19104

Liang Chen
51 White Oak Bluff
Savannah, GA 31405

Qiaolin Chen
488 Prospect Ave.
Hartford, CT 06105

Qui Jin Chen
37 Catherine Street, apt 4C
New York, NY 10038

Shi Gui Chen
371 Prospect Ave,
Hartford, CT 06105

Xiumin Chen
136 Bowery #502
New York, NY 10013

Shu Xin Chen
23 Caldwell Dr.
Westford, MA 01886

Yu Chen
14 Monroe St, Apt # ID4
New York, NY 10002

Sheren Cheng
30 Monroe St, #AB2
New York, NY 10002

Hiu Ying Giuo
52-11 Vanloon Street, Apt 4
Elmhurst, NY 11373

Yang Gui
1712 Flushing Ave.
Ridgewood, NY 11385

Jin Hong
182 Village Rd,
Manhasset, NY 11030

Qiao Zhen Huang
2035 Washington Ave.
Philadelphia, PA 19146

Winni Huang
229S 44th Street
Philadelphia, PA 19104

Xiu Xia Huang
101 Hyatt Pl.
Yonkers, NY 10704

Chu Jiang/Hua Dong Ye
1515 Jamison Dr.
Allen, TX 75013

Hong Kong Kari
52-11 Vanloon Street, apt 4F
Elmhurst, NY 11373

Hau Ying Lee
24 Gladstone Rd.
New Rochelle, NY 10804

Sang Cheung Lee
54 E Broadway, Apt #1, 3rd Fl
New York, NY 10002

Yin Wai Lee
50 Henry St, apt 5B
New York, NY 10002

Liangshun Lin
1363 63 Street, 3rd Fl,
Brooklyn, NY 11219

Zhong Lin
8902 19 Avenue, 2nd Fl,
Brooklyn, NY 11214

Peng Peng Loke
307 Wiltshire Rd.
Upper Darby, PA 19082

Qiong Lin
120 Russells Way
Westford, MA 01886

Liao Lu
642 Hidden Falls Lane
Chesapeake, VA 23320 3531

Gongyang Ni
1747 Mahan Ave.
Bronx, NY 10461

Yuxiang Qiu
446 Ferry Street
Everett, MA 02149

Yi Sheng Ren
304 Wabash Woods Way
Ofallon, MO 63366

Tu Tung
4526 West;erhall Dr.
Fayetteville, NC 28314 2573

Yu Tung
4526 Westerhall Dr.
Fayetteville, NC 28314

Meirong Xiao
45 Plymouth Ct.
Pittsboro, NC 27312

Sheng Yang
30-48 Edgewood Dr.
Milledgeville, GA 31061

Jian Yun Ye
328 Buckeye Dr.
Raeford, NC 28376

Shou S Zheng
136 Bowery #616
New York, NY 10013

Hui Y Zhou
742 57th Street
Brooklyn, NY 11220

Yan C Zhou
877 Bay Ridge Ave, Apt 4A
Brooklyn, NY 11220

Zhenmei Zhuo
446 Ferry Street
Everett, MA 02149

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

New York City Department Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY  11201

NYS Dept Of Taxation
Bankruptcy/Special Procedure
P.O.Box 5300
Albany, NY  12205-0300

Jeffrey Sharkey, Esq.
2564 Aster Place south
Westbury, NY 11590

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Caret Ledyard & Millburn LLP
Attn: Alan S. Lewis, Esq.
2 Wall Street
New York, NY 10005