# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
GERALD BUKARY
GILLIAN B. KESSLER
ELI RAIDER
JOHN E. CHAFFEE
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
PREET S. BAGGA*
MICHELLE McLEOD
STACY N. ANAGNOSTOPOULOS*
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

J. Ted Donovan
Direct phone: (212) 301-6943
Facsimile: (212) 221-6532
TDonovan@GWFGLaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO ADMITTED IN CALIFORNIA
♦ MEMBER OF FLORIDA & DC & NY

January 7, 2016

**Via ECF Filing**
Hon. Robert Grossman
United States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722

Re: Manhattan Tower 335, Inc.
Case No. 15-74693 (REG)

Dear Judge Grossman:

In furtherance of Your Honor's directive at the status conference yesterday, I immediately contacted counsel for Bo Jin Zhu, Jeffrey Sharkey, Esq., who provided a letter authorizing Cathay Bank to provide copies of the September, October and November 2015 bank statements to Mr. Ziss on behalf of the Debtor.

We received the missing statements, copies of which are enclosed herewith. The October 2015 statement shows that two checks were cashed on October 1, 2015. The first check, in the amount of $300,000, was paid to Jin Hong, who is listed in the Debtor's schedules as an investor with a disputed and unliquidated claim. The second check was paid to J&H Equity Group, Inc., the management company for the Debtor, which Mr. Sharkey has advised is controlled by Mr. Zhu.

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

      Both of these transactions appear on their face to be voidable preferences. We are continuing our investigation and have arranged to meet with Mr. Zhu and Mr. Sharkey tomorrow. Once we have all of the information, we will commence adversary proceedings with the Court, as appropriate.

                                                        Respectfully yours,

                                                        J. Ted Donovan

Enclosures

Cc:    Alfred M. Dimino, Esq. (via e-mail and ECF)
         Aaron Cahn, Esq. (via e-mail and ECF)
         Jeffrey Sharkey, Esq.

# CATHAY BANK

9650 Flair Drive, El Monte, CA 91731

RETURN SERVICE REQUESTED

00006339-0012677-0001-0001-TIMR80061709301539O6

MANHATTAN 335 TOWER INC
86-26 QUEENS BLVD
ELMHURST NY 11373-4428

1-800-9CATHAY (922-8429)
www.Cathaybank.com

Last statement: August 31, 2015
This statement: September 30, 2015
Total days in statement period: 30

Page 1
0685940181
( 0 )

Direct inquiries to:
800-922-8429

Cathay Bank
16-18 E Broadway
New York NY 10002

---

CATHAY BUSINESS ONLINE BANKING. FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!

---

## Business Checking

| | | | |
|---|---|---|---|
| Account number | 0181 | Beginning balance | $1,112,339.12 |
| Low balance | $1,112,339.12 | Total additions | .00 |
| Average balance | $1,112,339.12 | Total subtractions | .00 |
| Avg collected balance | $1,112,339 | Ending balance | $1,112,339.12 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



*Thank you for banking with Cathay Bank*



**CATHAY BANK**

9650 Flair Drive, El Monte, CA 91731

RETURN SERVICE REQUESTED

00001344-0008059-0001-0003-TIMR8006171101155493

MANHATTAN 335 TOWER INC
86-26 QUEENS BLVD
ELMHURST NY 11373-4428

1-800-9CATHAY (922-8429)
www.Cathaybank.com

Last statement: September 30, 2015
This statement: October 31, 2015
Total days in statement period: 31

Page 1
0181
(2)

Direct inquiries to:
800-922-8429

Cathay Bank
16-18 E Broadway
New York NY 10002

*CATHAY BUSINESS ONLINE BANKING. FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!*

## Business Checking

| | | | |
|---|---|---|---|
| Account number | 0181 | Beginning balance | $1,112,339.12 |
| Enclosures | 2 | Total additions | .00 |
| Low balance | $12,339.12 | Total subtractions | 1,100,000.00 |
| Average balance | $192,984.28 | Ending balance | $12,339.12 |
| Avg collected balance | $192,984 | | |

Re circled

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1009 | 10-01 | 300,000.00 | 1010 | 10-08 | 800,000.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 1,112,339.12 | 10-01 | 812,339.12 | 10-08 | 12,339.12 |



Case 8-15-74693-reg    Doc 34    Filed 01/07/16    Entered 01/07/16 14:23:10

 **CATHAY BANK**

9650 Flair Drive, El Monte, CA 91731
RETURN SERVICE REQUESTED

1-800-9CATHAY (922-8429)
www.Cathaybank.com

MANHATTAN 335 TOWER INC
October 31, 2015

Page 2
0181

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00001344-0008061-0002-0003-TIMR8006171101155493(00001344)-000008063



*Thank you for banking with Cathay Bank*

00001344-0008061-0002-0003-TIMR8006171101155493(00001344)-000008063





10/01/2015   1009    $300,000.00




10/08/2015   1010    $800,000.00



00001344-0008063-0003-0003-TIMR8006171101155493(00001344)-000008065

00001344-0008063-0003-0003-TIMR8006171101155493(00001344)-000008065


# CATHAY BANK

9650 Flair Drive, El Monte, CA 91731
RETURN SERVICE REQUESTED

00005939-0011877-0001-0001-TIMR8006171130156931

MANHATTAN 335 TOWER INC
86-26 QUEENS BLVD
ELMHURST NY 11373-4428

1-800-9CATHAY (922-8429)
www.Cathaybank.com

Last statement: October 31, 2015
This statement: November 30, 2015
Total days in statement period: 30

Page 1
0181
( 0 )

Direct inquiries to:
800-922-8429

Cathay Bank
16-18 E Broadway
New York NY 10002

CATHAY BUSINESS ONLINE BANKING. FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!

## Business Checking

| | | | |
|---|---|---|---|
| Account number | 0181 | Beginning balance | $12,339.12 |
| Low balance | $12,339.12 | Total additions | .00 |
| Average balance | $12,339.12 | Total subtractions | .00 |
| Avg collected balance | $12,339 | Ending balance | $12,339.12 |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with Cathay Bank